United States District Court
Southern District of Texas
FILED

SEP - 4 2008

Michael N. Milby Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-08-po-5549 |
| § | |
| WALLINTON RIASCOS-PRETEL § | |

# ORDER

Came on to be considered Government's Motion to Dismiss Criminal Complaint numbered M-08-5549-M without prejudice against WALLINTON RIASCOS-PRETEL for the stated reason that the Government does not wish to prosecute him at this time. It is the opinion of this Court that said motion should be GRANTED. *The Defendant was also prosecuted on the same charge in a separate case. pw*

It is ORDERED that the Criminal Complaint numbered M-08-5549-M against WALLINTON RIASCOS-PRETEL be dismissed without prejudice.

It is further ORDERED that a copy of this Order be given to the U.S. Marshals Service and counsel for the Government.

SIGNED at McAllen, Texas on this the 4th day of September 2008.

UNITED STATES MAGISTRATE JUDGE